IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFORMATION

DESIGNATION FORM

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia                    County:   Philadelphia

City and State of Defendant:   Richboro, PA

County:  Bucks          Register number:  N/A

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office: Philadelphia                    County:    Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: YES

Case Number:        02-cr-157-03                    Judge: Brody

CRIMINAL:

1.        ○ Antitrust

2.        ○ Income Tax and other Tax Prosecutions

3.        ○ Commercial Mail Fraud

4.        ○ Controlled Substances

5.        ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial

6.        ◉ General Criminal

    18 U.S.C. § 641 (theft of government money – 4 counts);
    Notice of Forfeiture

DATE: March 19, 2026                    s/ Matthew T. Newcomer
                                        Matthew T. Newcomer
                                        Jerome M. Maiatico
                                        Assistant United States Attorneys

U.S. v. Jacob Bogatin
USAO No. 2021R00265