# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

    v.          :          **CRIMINAL NO. 26-** cr - 132

JACOB BOGATIN          :

## ORDER

AND NOW, this __20TH__ day of March, 2026, it is hereby

O R D E R E D

that the Warden of Loudoun County Adult Detention Center, produce the body of Jacob

Bogatin, DOB: 08/13/1947, Prisoner #2502**** on April 1, 2026, into the custody of

Special Agents Kathleen McGowan, Meghan Gorman, and Karl Colder of the Federal

Bureau of for an initial appearance on an Information before the Magistrate Judge on

April 2, 2026, and said prisoner shall remain in federal custody until the final

disposition of federal charges.

                                              BY THE COURT:

                                           /S/ PAMELA A. CARLOS
                                          _____
                                           HONORABLE PAMELA A. CARLOS
                                           United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | :    **CRIMINAL NO. 26-** cr - 132 |
| **JACOB BOGATIN** | : |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its attorneys, David D. Metcalf, United States Attorney, Matthew T. Newcomer and Jerome M. Maiatico, Assistant United States Attorneys, avers as follows:

l. Jacob Bogatin, DOB: 08/13/1947, Prisoner #2502\*\*\*\*, is a prisoner presently incarcerated at Loudoun County Adult Detention Center.

2. Jacob Bogatin is needed on April 2, 2026, for an initial appearance on an Information.

The government therefore requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of Loudoun County Adult Detention Center to produce the body of the above-named prisoner into the custody of Special Agents Kathleen McGowan, Meghan Gorman, and Karl Colder of the Federal Bureau for an initial appearance on an Information on April 2, 2026, and said prisoner shall remain in federal custody until the final disposition of federal charges.

Respectfully yours,

DAVID D. METCALF
United States Attorney

_s/ Matthew T. Newcomer_____
Matthew T. Newcomer
Jerome M. Maiatico

Date: March 20, 2026                    Assistant United States Attorneys