## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JACOB BOGATIN | : | NO.:  26-cr-00132 - 1 |

## O R D E R

AND NOW, this **23rd** day of **MARCH, 2026**, in accordance with Local Rules of Criminal Procedure it is hereby

ORDERED that the above-captioned matter is reassigned from the calendar of the Honorable Anita B. Brody, to the calendar of the Honorable Mary Kay Costello , as related to *United States of America v. Jacob Bogatin, et. al.,* Criminal Action No.: 02-cr-00157 - All.

FOR THE COURT:


/s/ WENDY BEETLESTONE
WENDY BEETLESTONE
Chief Judge