**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JACOB BOGATIN,**<br><br>**Defendant.** | **CRIMINAL ACTION**<br><br>**NO. 2:26-cr-00132-MKC-1** |

## MOTION TO WITHDRAW

The undersigned counsel represents defendant Jacob Bogatin in the matter as counsel of record. The undersigned is retiring on September 30, 2026. Accordingly, counsel respectfully requests that he be permitted to withdraw from the representation of Mr. Bogatin. The Federal Defenders currently represent Mr. Bogatin in a different matter before this Court. They have agreed, if appointed, to undertake the representation of Mr. Bogatin in this case as well. The assigned Assistant United States Attorney, Matthew Newcomer, does not object to this request.

Dated: September 23, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Eric W. Sitarchuk*

Eric W. Sitarchuk, Bar No. 39082
eric.sitarchuk@morganlewis.com
2222 Market Street
Philadelphia, PA 19103-3007
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001

*Counsel for Defendant*
*Jacob Bogatin*